David M. Reaves, Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RAGAIN, MARIA R | § | Case No. 2:12-bk-19608-SSC |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DAVID M. REAVES_____
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

| Case No: | 12-19608 SSC Judge: SARAH SHARER CURLEY | Trustee Name: | DAVID M. REAVES |
|---|---|---|---|
| Case Name: | RAGAIN, MARIA R | Date Filed (f) or Converted (c): | 08/31/12 (f) |
| | | 341(a) Meeting Date: | 10/11/12 |
| For Period Ending: | 08/16/13 | Claims Bar Date: | 08/14/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BALANCE OF CASH ON HAND IN THE DEBTOR'S POSSESSION  Balance of cash on hand in the Debtor's possession as of the date of filing Located at Debtor's residence | 0.00 | 0.00 | | 0.00 | FA |
| 2. US BANK CHECKING ACCT #0627, BAL AS OF DATE OF FIL  US Bank checking acct #0627, bal as of date of filing | 103.98 | 0.00 | | 0.00 | FA |
| 3. WELLS FARGO CHECKING ACCT #3636, BAL AS OF DATE OF  Wells Fargo checking acct #3636, bal as of date of filing | 2.79 | 2.79 | | 0.00 | FA |
| 4. WELLS FARGO SAVINGS ACCT #8527, BAL AS OF DATE OF  Wells Fargo savings acct #8527, bal as of date of filing | 0.00 | 0.00 | | 0.00 | FA |
| 5. 1 KITCHEN TABLE & 4 CHAIRS $50 1 LIVING ROOM COUCH  1 Kitchen table & 4 chairs $50 1 Living room couch $200 2 Beds $100 2 Bed dressers $50 4 Bed lamps $10 1 Television $150 1 Refrigerator $200 Vacuum cleaner $20 Located at debtor's residence | 930.00 | 0.00 | | 0.00 | FA |
| 6. 1 DVD PLAYER $20 LOCATED AT DEBTOR'S RESIDENCE  1 DVD Player $20 Located at debtor's residence | 20.00 | 20.00 | | 0.00 | FA |
| 7. MISCELLANEOUS WOMEN'S & CHILDREN'S CLOTHING LOCATE  Miscellaneous women's & children's clothing Located at debtor's residence | 200.00 | 0.00 | | 0.00 | FA |
| 8. CHILD SUPPORT DEBTOR RECEIVES: $270 MONTHLY  Child Support Debtor receives: $270 monthly | 270.00 | 0.00 | | 0.00 | FA |
| 9. PROJECTED COMBINED 2012 FEDERAL AND ARIZONA STATE  Projected combined 2012 Federal and Arizona state income tax refunds Value projected by debtor | 2,000.00 | 4,258.46 | | 6,298.05 | FA |
| 10. 2008 CHRYSLER 300 WITH 89,000 MILES IN GOOD CONDIT  2008 Chrysler 300 with 89,000 miles in good condition. Value obtained from www.kbb.com Lienholder: Capital One Auto Finance Debtor | 9,723.00 | 0.00 | | 0.00 | FA |

Case No: 12-19608   SSC   Judge: SARAH SHARER CURLEY  
Case Name: RAGAIN, MARIA R

Trustee Name: DAVID M. REAVES  
Date Filed (f) or Converted (c): 08/31/12 (f)  
341(a) Meeting Date: 10/11/12  
Claims Bar Date: 08/14/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Intends to: Retain | | | | | |
| 11. 2012 STATE TAX REFUNDS (u) | 45.00 | 32.05 | | 32.05 | FA |
| 12. WAGES (u) | 316.34 | 65.90 | | 65.90 | FA |

TOTALS (Excluding Unknown Values)  $13,611.11   $4,379.20   $6,396.00   Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST's Office for approval.

Initial Projected Date of Final Report (TFR): 05/01/13    Current Projected Date of Final Report (TFR): 08/16/13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-19608 -SSC | | Trustee Name: | DAVID M. REAVES |
| Case Name: | RAGAIN, MARIA R | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | 2132043502  Checking Account |
| Taxpayer ID No: | *******3658 | | | |
| For Period Ending: | 08/16/13 | | Blanket Bond (per case limit): | $ 72,661,955.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/13/13 | | INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | 2012 federal tax refund | | 6,396.00 | | 6,396.00 |
| | 11 | RAGAIN, MARIA R | Memo Amount: 32.05 2012 state tax refund from federal | 1224-000 | | | |
| | 12 | RAGAIN, MARIA R | Memo Amount: 65.90 Wages allocated from Federal refund | 1229-000 | | | |
| | 9 | RAGAIN, MARIA R | Memo Amount: 6,298.05 2012 Federal Tax Refund | 1124-000 | | | |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,381.00 |
| 07/10/13 | 300001 | MARIA R RAGAIN 1412 CHEYENNE ST. GILBERT, AZ  85296-1337 | DEBTOR SHARE OF TAX REFUNDS | 8500-000 | | 2,039.59 | 4,341.41 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,326.41 |

|  | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 6,396.00 | COLUMN TOTALS | 6,396.00 | 2,069.59 | 4,326.41 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 6,396.00 | 2,069.59 | |
| Memo Allocation Net: | 6,396.00 | Less:  Payments to Debtors | | 2,039.59 | |
| | | Net | 6,396.00 | 30.00 | |

| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 6,396.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - 2132043502 | 6,396.00 | 30.00 | 4,326.41 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 6,396.00 | | 6,396.00 | 30.00 | 4,326.41 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   6,396.00   2,069.59

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-19608 -SSC | Trustee Name: | DAVID M. REAVES |
|---|---|---|---|
| Case Name: | RAGAIN, MARIA R | Bank Name: | UNION BANK |
|  |  | Account Number / CD #: | 2132043502 Checking Account |
| Taxpayer ID No: | *******3658 |  |  |
| For Period Ending: | 08/16/13 | Blanket Bond (per case limit): | $ 72,661,955.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 2:12-bk-19608-SSC
Case Name: RAGAIN, MARIA R
Trustee Name: DAVID M. REAVES

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000008 | Capital One Auto Finance, c/o Ascension Capital Gr | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID M. REAVES | $ | $ | $ |
| Trustee Expenses: DAVID M. REAVES | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nordstrom fsb | $ | $ | $ |
| 000002 | Atlas Acquisitions LLC | $ | $ | $ |
| 000003 | Asset Acceptance LLC | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000005 | eCAST Settlement Corp, | $ | $ | $ |
| 000006 | American Express Bank, FSB | $ | $ | $ |
| 000007 | American InfoSource LP as agent for | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE